UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CARROLL LESTER WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CV-765 CAS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court pursuant to the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig, filed June 21, 2007. <u>See</u> 28 U.S.C. § 636(b). The Magistrate Judge recommended that the decision of the Commissioner denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-434, and Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381-1383f be affirmed. Neither party has filed an objection to the recommendation.

After careful review of the matter, the Court concurs with the recommendation of the Magistrate Judge for the reasons set forth in the thorough Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge is **sustained, adopted** and **incorporated** herein.  [Doc. 8]

**IT IS FURTHER ORDERED** that the decision of the Commissioner denying plaintiff's application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§

401-434, and Supplemental Security Income under Title XVI of the Social Security Act, 42 U.S.C. §§ 1381-1383f is **AFFIRMED**.

An appropriate judgment will accompany this order.

                                **CHARLES A. SHAW**
                                **UNITED STATES DISTRICT JUDGE**

Dated this 5th day of July, 2007.