# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| CARROLL LESTER WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CV-765 CAS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the order of this date and incorporated herein, and the Report and Recommendation of United States Magistrate Judge dated June 21, 2007,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the decision of the Commissioner is **AFFIRMED**.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that plaintiff's claims for relief are **DISMISSED** with prejudice.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 5th day of July, 2007.